UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Vitor Emanuel Florencio Da Rocha, **Petitioner,** v. **PATRICIA HYDE, Acting Director of Boston Field Office, United States Immigration and Customs Enforcement, et al.,** **Respondents.** | Civil Action No. 1:25-cv-13726 |

**EMERGENCY ORDER CONCERNING
STAY OF TRANSFER OR REMOVAL**

Petitioner, Vitor Emanuel Florencio Da Rocha, a Brazil national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he is being unlawfully confined in violation of the Constitution and laws of the United States.

The Court orders as follows:

1. **Service of Order**

The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the District of Massachusetts.

2. **Order**

To provide a fair opportunity for the judge who will be randomly assigned to this case to review the merits of the petition and to rule on any contested issues of jurisdiction, unless otherwise

ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judicial district outside that of Massachusetts for a period of at least at least 72 hours from the time this Order is docketed.

                                                  **SO ORDERED.**

                                                  /s/Angel Kelley  
                                                  Hon. Angel Kelley  
                                                  UNITED STATES DISTRICT JUDGE

Issued at Boston, Massachusetts  
December 6, 2025 at  
 11:45 a.m.